

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00097-CV

Yvonne **JACQUEZ** and the Estate of Victor Jacquez,
Appellants

v.

**VHS SAN ANTONIO PARTNERS, LLC**, and Tenet Healthcare Corporation,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-04112
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the appellants.

SIGNED January 6, 2021.

_____
Rebeca C. Martinez, Chief Justice